SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD HOLMES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-1195-RFB-DJA<br><br>**Stipulation and Order to Reschedule Settlement Conference and All Corresponding Deadlines**<br><br>(First Request) |

　　　　Plaintiff Harold Holmes and Defendant United States of America, by and through their respective counsel of record, stipulate and respectfully request that the Court reschedule the settlement conference currently scheduled for November 10, 2025, at 10:00 am before Magistrate Judge Albregts. ECF No. 22. The parties, through undersigned counsel, respectfully request that the settlement conference be rescheduled for **February 9, 2025**, or on any date thereafter which fits the Court's schedule.

　　　　This rescheduling is necessary because of the ongoing government shutdown and corresponding government wide furloughs, which are circumstances outside of the parties' control. The parties anticipate this requested ninety-day extension will be sufficient for government funding and normal operations to resume.

　　　　This is the first request to reschedule the settlement conference. This stipulated request is filed in good faith and not for the purpose of undue delay.

/ / /

/ / /

Respectfully submitted this 7th day of November 2025.

| | |
|---|---|
| ANGULO LAW GROUP, LLC | SIGAL CHATTAH<br>Acting United States Attorney |
| /s/ Peter Maitland Angulo<br>PETER MAITLAND ANGULO, Esq.<br>5545 S. Mountain Vista, Suite F<br>Las Vegas, NV 89120<br>*Attorney for Plaintiff* | /s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant* |

IT IS ORDERED that the Settlement Conference is reset to February 23, 2026, at 10:00 a.m. in courtroom 3A.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 11/07/2025

2