TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD HOLMES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendant. | Case No. 2:24-cv-1195-RFB-DJA <br><br> **Stipulation and Order to Reschedule Settlement Conference and All Corresponding Deadlines** <br><br> (Second Request) |

Plaintiff Harold Holmes and Defendant United States of America, by and through their respective counsel of record, stipulate and respectfully request that the Court reschedule the settlement conference currently scheduled for February 23, 2026, at 10:00 am before Magistrate Judge Albregts. ECF No. 28. The parties, through undersigned counsel, respectfully request that the settlement conference be rescheduled for one of the following dates: April 8, 2026; April 9, 2026; April 10, 2026; April 13, 2026; or April 15, 2026.

This rescheduling is necessary because this case is being reassigned to a new AUSA in order to accommodate undersigned AUSA's heavy workload, and the new AUSA will need time to familiarize themselves with the case and coordinate with agency counsel.

/ / /

/ / /

/ / /

/ / /

This is the second request to reschedule the settlement conference. This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 11th day of February 2026.

ANGULO LAW GROUP, LLC

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Peter Maitland Angulo
PETER MAITLAND ANGULO, Esq.
5545 S. Mountain Vista, Suite F
Las Vegas, NV 89120
Attorney for Plaintiff

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED** that the Settlement Conference is **RESET** to **April 8, 2026, at 10:00 a.m.** in Courtroom 3A.

**IT IS FURTHER ORDERED** that confidential settlement conference statements are due by April 1, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 2/12/2026

2